USAA Carriers List of Claims
Chimney Tops II Fire TN

| Carrier | Claim Number | Loss Location Street | Loss Location City | Loss Location State | Loss Location Zip | Paid & Reserves Total |
|---|---|---|---|---|---|---|
| USAA | 16773700 | 818 WESLEY DR | GATLINBURG | TN | 37738 | $ - |
| USAA | 28793952 | 882 CHESTNUT DR | GATLINBURG | TN | 37738 | $ 229,866.78 |
| USAA | 4911626 | 370 VIC KING WAY | SEVIERVILLE | TN | 37876 | $ 555,367.50 |
| USAA | 15035453 | 322 OAKWOOD DR | SEVIERVILLE | TN | 37876 | $ 12,507.12 |
| USAA | 539870 | 514 CAMPBELL LEAD RD | GATLINBURG | TN | 37738 | $ 615,067.38 |
| USAA | 13372150 | 229 EDENS WAY | SEVIERVILLE | TN | 37876 | $ 228.95 |
| USAA | 38518964 | 746 ELLIS OGLE RD | GATLINBURG | TN | 37738 | $ 197.55 |
| USAA | 1858170 | 667 WOODLAND DR | GATLINBURG | TN | 37738 | $ 3,940.39 |
| USAA | 1509143 | 660 ALTA VISTA DR | GATLINBURG | TN | 37738 | $ 362,061.07 |
| USAA | 5104392 | 730 ELLIS OGLE RD | GATLINBURG | TN | 37738 | $ 283,125.00 |
| USAA | 4149113 | 834 LECONTE DR | GATLINBURG | TN | 37738 | $ 483,012.50 |
| USAA | 2693587 | 509 PINECREST DR | GATLINBURG | TN | 37738 | $ 481,811.78 |
| USAA | 35129342 | 921 PINEY BUTT WAY | GATLINBURG | TN | 37738 | $ 2,500.00 |
| USAA | 4509257 | 315 N MOUNTAIN TRL | GATLINBURG | TN | 37738 | $ 438,487.50 |
| USAA | 17171081 | 413 HAYNES LN | GATLINBURG | TN | 37738 | $ 34,218.58 |
| USAA | 1056371 | 858 HOLSTON DR | GATLINBURG | TN | 37738 | $ 21,952.32 |
| USAA | 24209893 | 968 COTTAGE GARDENS WAY | GATLINBURG | TN | 37738 | $ 1,453.43 |
| USAA | 2482715 | 330 LONG HOLLOW RD | SEVIERVILLE | TN | 37876 | $ 320,114.41 |
| USAA | 1318358 | 819 N WOODLAND DR | GATLINBURG | TN | 37738 | $ 389,205.00 |
| USAA | 21149154 | 1704 HIDDEN HILLS RD APT 401 | GATLINBURG | TN | 37738 | $ 1,750.00 |
| USAA | 14819673 | 805 PINEY BUTT LOOP | GATLINBURG | TN | 37738 | $ 46,222.03 |
| USAA | 2860579 | 768 VILLAGE LOOP RD | GATLINBURG | TN | 37738 | $ 502,314.69 |
| USAA | 32214714 | 820 RIDGE RD | GATLINBURG | TN | 37738 | $ 16,472.18 |
| USAA | 335583 | 507 CAMPBELL LEAD RD | GATLINBURG | TN | 37738 | $ 2,847,510.13 |
| USAA | 1417887 | 316 LEWIS CLABO RD | GATLINBURG | TN | 37738 | $ 25,419.47 |
| USAA | 35262630 | 1157 KINGS RIDGE RD E | GATLINBURG | TN | 37738 | $ 250.00 |
| USAA | 28424501 | 1081 SKI VIEW DR | GATLINBURG | TN | 37738 | $ 386,534.26 |
| USAA | 777229 | 619 JESS FIELD RD | GATLINBURG | TN | 37738 | $ 125,402.76 |
| USAA | 9172447 | 1110 LOWER ALPINE WAY | GATLINBURG | TN | 37738 | $ 1,857.90 |
| USAA | 6152026 | 309 SMOKY VIEW RD | GATLINBURG | TN | 37738 | $ 655,636.80 |
| USAA | 4309735 | 839 CHESTNUT DR | GATLINBURG | TN | 37738 | $ 250,390.60 |
| USAA | 1620173 | 221 CHURCH ST | GATLINBURG | TN | 37738 | $ 869,909.47 |
| USAA | 1555118 | 260 ROARING FORK RD APT 110 | GATLINBURG | TN | 37738 | $ - |
| USAA | 452806 | 264 BEECH BRANCH RD | GATLINBURG | TN | 37738 | $ 23,474.07 |
| USAA | 8549152 | 1034 OLD CARTERTOWN RD | GATLINBURG | TN | 37738 | $ 302,400.00 |
| USAA | 13269802 | 403 BASKINS CREEK RD | GATLINBURG | TN | 37738 | $ 13,765.75 |
| USAA | 6528411 | 1332 GARRETT DR | GATLINBURG | TN | 37738 | $ 236,616.82 |
| USAA | 5043246 | 866 VILLAGE LOOP RD | GATLINBURG | TN | 37738 | $ 435,000.00 |
| USAA | 15716272 | 412 LONG HOLLOW RD | SEVIERVILLE | TN | 37876 | $ 579,046.39 |
| USAA | 1533201 | 728 OLD RIDGE RD | GATLINBURG | TN | 37738 | $ 300,696.35 |
| USAA | 3426862 | 810 LEISURE LN | GATLINBURG | TN | 37738 | $ 400,364.50 |
| USAA | 10424231 | 919 WOOD SMOKE WAY | GATLINBURG | TN | 37738 | $ - |
| USAA | 4539162 | 863 WESLEY DR | GATLINBURG | TN | 37738 | $ 443,516.96 |
| USAA | 1655310 | 311 BROWNS RIDGE RD | GATLINBURG | TN | 37738 | $ 377,567.85 |
| USAA | 33107220 | 1209 EDELWEISS DR | GATLINBURG | TN | 37738 | $ 1,173.75 |
| USAA | 2293987 | 373 WILEY OAKLEY DR | GATLINBURG | TN | 37738 | $ 247,550.00 |
| USAA | 5133989 | 450 LAKESHORE DR | SEVIERVILLE | TN | 37876 | $ 1,436.59 |
| USAA | 7897116 | 380 LOOP RD | GATLINBURG | TN | 37738 | $ 121,705.00 |
| USAA | 2712635 | 1051 WILEY OAKLEY DR | GATLINBURG | TN | 37738 | $ 8,180.84 |
| USAA | 12159842 | 4424 ASHLI ERIN WAY | GATLINBURG | TN | 37738 | $ 1,145.10 |
| USAA | 11632939 | 667 WOODLAND DR | GATLINBURG | TN | 37738 | $ 10,000.00 |
| USAA | 1408555 | 1018 GILES WAY | GATLINBURG | TN | 37738 | $ 1,376.05 |
| USAA | 37978394 | 908 DEEP HOLLOW RD | GATLINBURG | TN | 37738 | $ 451,972.52 |
| USAA | 12945436 | 433 COTTAGE DR | GATLINBURG | TN | 37738 | $ 2,500.00 |
| USAA | 18797037 | 1130 AND 1134 HEMLOCK DR | GATLINBURG | TN | 37738 | $ 453,742.50 |
| | | Total | | | | $ 14,378,018.59 |

Case 3:19-cv-00472-JRG-HBG   Document 1-2   Filed 11/19/19   Page 1 of 1   PageID #: 19